IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| EX PARTE: ) <br> ) <br> BRENDA HODGE, ) <br> ) <br> Petitioner. ) <br> _____) <br> IN RE: ) <br> ) <br> A. M., a minor under ) <br> the age of eighteen (18) years, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael L. Taylor, Individually; ) <br> P & S Transportation, LLC; P & S ) <br> Transportation Brokerage, LLC; and ) <br> Goodwin Enterprises, Inc., ) <br> ) <br> Respondents. ) <br> _____) | Civil Action No.: 4:15-cv-2736-RBH <br><br> **ORDER APPOINTING GUARDIAN AD LITEM** |

This matter comes before me pursuant to the Petition by Petitioner for the appointment of a Guardian ad Litem for a minor under the age of eighteen (18) years. Petitioner proposes to represent Minor by pursuing claims for injuries arising from an automobile accident of December 3, 2012. This Court has examined the Petition and believes Petitioner is an appropriate and proper person to represent Minor's interests. Therefore, this Court appoints Brenda Hodge as Guardian ad Litem to represent Minor in proceedings to enforce any claim.

**IT IS SO ORDERED!**

_____, South Carolina          _____
Nov. 5       , 2015                                  Judge